# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**Case No. CV 09-5150 CAS (FFMx)**                    **Date:  October 30, 2009**

**Title:  *David Singui v. Daniella Estrada et al***

===============================================================================

**PRESENT:  HONORABLE CHRISTINA A. SNYDER, JUDGE**

    **Catherine M. Jeang**       **Not Present**
    **Deputy Clerk**        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS**    **ATTORNEYS PRESENT FOR DEFENDANTS**

  Not Present                Not Present

**PROCEEDINGS:  ORDER TO SHOW CAUSE  (IN CHAMBERS)**

IT IS HEREBY ORDERED that PLAINTIFF show cause in writing not later than 11-16-09 why this action should not be dismissed for lack of prosecution as to defendants Steve Grove, aka Captain Midnight and Thaddeus Carlson, only.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)       Plaintiff's filing of a motion for entry of default judgment on defendants **Steve Grove, aka Captain Midnight and Thaddeus Carlson**

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

Time in Court: ___: _00__
Deputy Clerk: KPA