UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

**Case No.  CV 09-5150 CAS (FFMx)**          **Date:  October 30, 2009**

**Title:** *David Singui v. Daniella Estrada et al*

===============================================================================

**PRESENT:  <u>HONORABLE CHRISTINA A. SNYDER, JUDGE</u>**

    <u>   Catherine M. Jeang   </u>    <u>   Not Present   </u>
    **Deputy Clerk**        **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS**    **ATTORNEYS PRESENT FOR DEFENDANTS**

  Not Present                                    Not Present

**PROCEEDINGS:  <u>ORDER TO SHOW CAUSE</u>  (IN CHAMBERS)**

On August 21, 2009, Notice of Deficiency was issued in response to Plaintiff's Request for Entry of Default by Clerk against defendants Anne Edano and Daniella Estrada, because Proof of service did not include the address where service was made.

To date, plaintiff has not filed corrected proofs of service on these defendants.

IT IS HEREBY ORDERED that PLAINTIFF show cause in writing not later than 11-16-09 why this action should not be dismissed for lack of prosecution as to defendants Anne Edano and Daniella Estrada, only.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)     Plaintiff's filing of corrected proofs of service on **defendants Anne Edano and Daniella Estrada**

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

                                                            Time in Court: ___: _00__
                                                             Deputy Clerk: <u>KPA</u>